MAE Q. PROBST, Respondent, *v.* FREDERICK S. PROBST, Appellant. (Appeal No. 2.)

Argued April 21, 1941; decided May 22, 1941.

*Joseph M. Giambalvo* and *Robert J. Bell* for motion.
*S. Stanley Kreutzer* opposed.

Motion denied. (See 286 N. Y. ——.)